1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7            SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )  Criminal Case No. 08CR1139-L
                                  )
9              Plaintiff,         )  I N F O R M A T I O N
                                  )
10     v.                         )  Title 21, U.S.C., Secs. 952 and
                                  )  960 - Importation of marijuana;
11 MANUEL ROBERT PEREZ, JR (1),   )  Title 18, U.S.C., Sec. 2 - Aiding
   RACHEL LOUISE CARDENAS (2),    )  and Abetting (Felony)
12                                )
            Defendants.           )
13 _____)

14     The United States Attorney charges:

15     On or about March 13, 2008, within the Southern District of

16 California, defendants MANUEL ROBERT PEREZ, JR  and RACHEL LOUISE

17 CARDENAS, did knowingly and intentionally import [100 kilograms or

18 more, to wit:]  approximately 120.15 kilograms (265.53 pounds), of

19 marijuana, Schedule I Controlled Substance, into the United States

20 from a place outside thereof; in violation of Title 21, United States

21 Code, Sections 952, 960 and Title 18, United States Code, Section 2.

22     DATED: April 10, 2008 .

23                                  KAREN P. HEWITT
                                    United States Attorney
24

25

26                                  JEFFREY D. MOORE
                                    Assistant U.S. Attorney
27

28

JDM:rp:San Diego
3/25/08