# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v. RACHEL L. CARDENAS   [2]   08CR1139-L

The Honorable: ANTHONY J. BATTAGLIA

Atty  WILLIAM R. BURGENER   for   [2]   -   CJA
Atty                         for   []    -
Atty                         for   []    -

AJB08-1: 1358-1414

AUSA: CARLOS CANTU
ATTORNEY WILLIAM R. BURGENER (02)(APPTD)

GOVERNMENTS ORAL MOTION TO DISMISS INFORMATION - GRANTED.

ABSTRACT ORDER ISSUED TO U.S.M. FOR DEFENDANTS RELEASE.

Date: 04/10/08

END OF FORM

by YMM