# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

            vs.

RACHEL L. CARDENAS,

                    Defendant.

CASE NO. 08CR1139-L-02

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal; or

\_\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

\_\_\_\_    of the offense(s) of:

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:  April 14, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court