# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )                CASE NUMBER  08CR1139-L-(02)
                          )                             05MJ0806-AJB
vs                        )                ABSTRACT OF ORDER
                          )
Rachel L. Cardenas        )                Booking No. #07853298
                          )
                          )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____4/10/08_____ the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ___ Defendant released on $_____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and (____ bond) (____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for ____ years.
- ___ c.c. judgment Court of Appeals (____ affirming) (____ reversing) decision of this Court:
  ____ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ✓ Case Dismissed. (oral mot of Gov't)
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other._____

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

Received _____ DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

★ U.S. GPO: 1996-783-398/40151

Crim-9   (Rev 6-95)

CLERKS' COPY